1 | MICHAEL L. TRACY, ESQ., SBN 237779
mtracy@michaeltracylaw.com
2 | MEGAN ROSS HUTCHINS, ESQ., SBN 227776
mhutchins@michaeltracylaw.com
3 | LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
4 | Irvine, CA  92614
T: (949) 260-9171
5 | F: (866) 365-3051
Attorneys for Plaintiff HANAN LEWIS-ALLEN

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

10

11 | HANAN LEWIS-ALLEN, an individual

Case No.: *OB-3892 JCS*

12 | Plaintiff,

**STIPULATION FOR DISMISSAL**

13 | vs.

14 | MEDEFINANCE, INC., a Delaware
corporation; and DOES 1 through 10,
15 | inclusive,

16 | Defendants.

17

18 | IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

19 | Procedure, Rule 41(a)(1) by and between Plaintiff HANAN LEWIS-ALLEN and all

20 | Defendants who have appeared in this action, as follows:

21 | 1. This action was commenced on August 14, 2008.

22 | 2. The action is not a class action; a receiver has not been appointed and the

23 | action is not governed by any statute of the United States that requires an order of the court

24 | for dismissal.

25 | ///

26 | ///

27 | ///

28

-1-
STIPULATION FOR DISIMISSAL

3.      This action is hereby dismissed, in its entirety, without prejudice.

DATED:  November 13, 2008                LAW OFFICES OF MICHAEL TRACY

                                         By: _____
                                             MEGAN ROSS HUTCHINS, Attorney for
                                             Plaintiff HANAN LEWIS-ALLEN

DATED:  November 13, 2008                GORDON & REES, LLP

                                         By: _____
                                             MICHAEL A. LABRENSON, Attorney for
                                             Defendant MEDEFINANCE, INC.

   Dated: November 14, 2008

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION FOR DISMISSAL